IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLYN MOSMAN, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:09-cv-01147-N |
| vs. | § | |
| | § | |
| FINANCIAL RECOVERY | § | |
| SERVICES, INC., | § | |
| Defendant | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of Texas, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted,

By: /s/Susan Landgraf
Susan Landgraf
Texas State Bar # 00784702
Attorney in Charge for Plaintiff

WEISBERG & MEYERS, L.L.C.
108 E. 46th Street
Austin, TX 78751
Phone: (512) 436-0036 ext. 116
Facsimile: (866) 317-2674

## **CERTIFICATE OF SERVICE**

I certify that on August 4, 2009, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court.

/s/  Susan A. Landgraf
SUSAN A. LANDGRAF
